**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| Lena Noble, <br><br> Plaintiff, <br> v. <br><br> Commercial Recovery Systems, Inc., <br><br> Defendant. | Civil Action No.:  4:13-cv-00205-RAS-DDB |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Lena Noble ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 15, 2013

Respectfully submitted,

By  */s/ Jody B. Burton*

Jody B. Burton, Esq.
Bar No.: 71681
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
E-mail: jburton@lemberglaw.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 15, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By  */s/ Jody B. Burton*
                 Jody B. Burton